WATKINS v. STATE.

No. 19405.

Court of Criminal Appeals of Texas.

Feb. 9, 1938.

R. L. Whitehead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for wife and child desertion; punishment, two years in the penitentiary.

The record is here without a statement of facts or bills of exception. All matters of procedure appear regular.

No error appearing, the judgment will be affirmed.